```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J. Martin, et al,<br><br>　　　　Defendants | Case No. **2:10-cv-01821-JAM-KJN**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF RITA A. QUAM**<br><br>Case to Remain Open with Remaining Defendants |

　　　IT IS HEREBY ORDERED THAT Defendant Rita A. Quam is hereby dismissed Without Prejudice.  This case is to remain open with remaining Defendants.

Date:  5/10/2011

　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　Judge of the United States District Court

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-10-cv-01821-JAM-KJN - 1

PDF created with pdfFactory trial version www.pdffactory.com